# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

MEMO ENDORSED

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 10, 2019

**BY ECF**

Honorable Charles S. Haight
United States District Judge
Southern District of New York

Re:   United States v. Padilla, et al.
      94 Cr. 313 (CSH)

Dear Judge Haight,

By order dated November 18, 2019, the Court appointed the Federal Defenders of New York to represent defendants Jaime Rodriguez (15) and Steven Camacho (14), two defendants in the above-captioned case, in connection with potential motions based on the Supreme Court's decision in *United States v. Davis*, 139 S. Ct. 2319 (2019).

I was recently assigned to this case and I am writing to request additional time to review materials, confer with the government, and propose a briefing schedule to the Court. I respectfully request until December 20, 2019 to propose a schedule. Thank you for consideration of this request.

Respectfully submitted,

/s/ Sarah Baumgartel
Sarah Baumgartel, Esq.
Assistant Federal Defender
Tel: (212) 417-8772

12/12/2019

Request granted. So Ordered.

Charles S. Haight
USDJ