UNITED STATES v. JAIME RODRIGUEZ and STEVEN CAMACHO, Defendants
94 CR 313 (CSH)
SCHEDULING ORDER:

  This Scheduling Order implements the two Rulings on Resentences in this case, both dated May 18, 2020, one with respect to Defendant Rodriguez and the other respect to Defendant Steven Camacho.   The Court's conclusions, stated in those Rulings, are that each Defendant will be sentenced to time served.

  The Court herewith directs the Government and Clerk of Court to arrange telephone conference hearings for the purpose of formally imposing these sentences.   The hearings will take place on May 26, 2020: for Rodriguez, at 1030 a.m, and for Camacho at 2:00 p.m.   The Defendants are directed to attend and participate by telephone.   The attorneys of record for the Government and each Defendant are directed to participate by telephone.   The Government is directed to arrange for the participation of a Court Reporter in both hearings.

  The Clerk is directed to place this Order and the e-mail to which it is attached in the docket of the case.

  Participants # (877)336-1829

  Access Code: 5451650


  It is So Ordered.

Dated: May 21,2020
s / CHARLES S. HAIGHT, JR.
Senior United States District Judge