**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> – against – ) <br> ) <br> JAIME RODRIGUEZ, ) <br> ) <br> Defendant. ) | 94 Cr. 313 (CSH) <br><br> **MAY 26, 2020** |

## REVISED JUDGMENT

**HAIGHT, Senior District Judge:**

For the reasons stated in the Court's prior Rulings, Docs. 870, 888 and 889, it is now by the Court:

ORDERED, ADJUDGED AND DECREED that prior Judgments entered in this case, and sentences imposed thereunder, be, and the same hereby are, VACATED; and it is further

ORDERED, ADJUDGED AND DECREED that Defendant Jaime Rodriguez, on his conviction following jury trial in this case, is sentenced to TIME SERVED.

Dated:   New Haven, Connecticut
             May 26, 2020

                                                                   s / CHARLES S. HAIGHT JR.
                                                                         CHARLES S. HAIGHT, JR.