**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) - against – ) ) ) JAIME RODRIGUEZ, **)** ) ) Defendant, ) | 94  Cr. 313 (CSH) **MAY 26, 2020** **ORDER** |

**To: Office of the United States Marshal**

**It is hereby Ordered:**

That the Defendant, Jaime Rodriguez, Reg. # 34911-054, having been resentenced in the above case to a term of Time Served; and the Court's prior Order staying the execution of that resentence having been vacated; the United States Marshals are to RELEASE the Defendant forthwith, unless any pending warrants, detainers or other issues are encountered.

Dated:   New Haven, Connecticut
             May 26, 2020

                                                                s /  CHARLES S. HAIGHT JR.
                                                                       CHARLES S. HAIGHT, JR.
                                                                       Senior United States District Judge